**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CONSTELLATION ENERGY SERVICES, INC. (f/k/a INTEGRYS ENERGY SERVICES, INC.), | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 15 cv 2261 |
| v. | ) ) ) | |
| 4220 KILDARE LLC, | ) ) | |
| Defendant. | ) | |

## **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Constellation Energy Services, Inc. (f/k/a Integrys Energy Services, Inc.) ("CES") respectfully moves the Court for entry of Judgment against 4220 Kildare, LLC ("Kildare") in the amount of $200,000, plus $5,523.29 in interest through February 25, 2016, plus attorneys' fees. In support of this Motion, CES states as follows:

1. On March 16, 2015, CES filed this action against Kildare for Kildare's failure and refusal to pay amounts due under a contract for the sale and purchase of electricity and related services. [Dkt. No. 1.]

2. On July 16, 2015, the parties engaged in a settlement conference before the Honorable Geraldine Soat Brown and reached a binding settlement agreement. [Dkt. No. 27.]

3. The parties subsequently executed a written settlement agreement memorializing the terms of the July 16, 2015 settlement (the "Settlement Agreement").[1]

---

[1] Following the settlement, this action was dismissed without prejudice with leave to move for reinstatement by March 31, 2016. [Dkt. No. 34.] On February 10, 2016, the Court reinstated the case on CES's Motion alleging Kildare failed to make the payments owed under the Settlement Agreement. [Dkt. No. 37.]

20848964.1

4. Under the terms of the Settlement Agreement, Kildare was required to make monthly installment payments to CES, with the last and final installment payment due on January 31, 2016.[2]

5. Paragraph 3 of the Settlement Agreement provides:

> **<u>Judgment</u>**. In the event that Kildare does not timely make a payment required under paragraph 2 above, and does not cure that failure to pay within five (5) business days of the date of written notice thereof, Kildare agrees to the entry of a judgment (in the form attached hereto as Exhibit A) in the full amount of $400,000.00 (minus any payments previously made pursuant to this Agreement), plus interest at the rate of eighteen percent (18%) per annum on the entire balance due from the date of failure to pay, plus attorneys fees and costs arising out of or related to the execution, entry, and/or collection of judgment against Kildare.

6. In conjunction with the Settlement Agreement, Kildare executed a Confession of Judgment authorizing judgment to be entered against it for "the full $400,000.00 (minus any payments previously made pursuant to this Agreement), plus interest at the rate of eighteen percent (18%) per annum on the entire balance due from the date of failure to pay, plus attorneys fees and costs arising out of or related to the execution, entry, and/or collection of judgment against Kildare." (Ex. A.)

7. Kildare failed to make the last two monthly installment payments required under the Settlement Agreement. (Ex. B, ¶ 4.) Specifically, Kildare failed to pay CES $100,000 due on December 31, 2015 and $100,000 due on January 31, 2016. (Ex. B, ¶ 4.)

8. On January 7, 2016, CES sent Kildare a notice of default in accordance with paragraph 3 of the Settlement Agreement. (Ex. C.) Kildare has not cured its default.

---

[2] The Settlement Agreement provides that its terms are confidential. Upon request, CES can file the Settlement Agreement under seal or provide it to the Court *in camera*.

9. Kildare paid CES $200,000 towards the Settlement Agreement and $200,000 remains unpaid and overdue. (Ex. B, ¶¶ 3-5.) Thus, the Confession of Judgment authorizes judgment against Kildare for $200,000, plus interest and attorneys' fees.

10. The Confession of Judgment authorizes "interest at the rate of eighteen percent (18%) per annum on the entire balance due from the date of failure to pay." (Ex. A.) The interest due on $200,000 from December 31, 2015 through February 25, 2016 is $5,523.29, and continues to accrue at the rate of $98.63 per day.

11. The Confession of Judgment authorizes "attorneys fees and costs arising out of or related to the execution, entry, and/or collection of judgment against Kildare." Pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.3, CES's claim for attorney's fees will be made by motion after entry of judgment.

12. Pursuant to the Confession of Judgment, Kildare waived all defenses it could assert and consented to immediate enforcement of the judgment. (Ex. A.)

WHEREFORE, Plaintiff Constellation Energy Services, Inc. respectfully requests that the Court grant this Motion and:

- A. Enter Judgment in favor of Constellation Energy Services, Inc. and against 4220 Kildare, LLC in the amount of $200,000, plus interest of $5,523.29 through February 25, 2016, with interest accruing at the rate of $98.63 per day;

- B. Award attorneys' fees, expenses, and costs to Constellation Energy Services, Inc. arising out of or related to the execution, entry, and/or collection of the judgment against 4220 Kildare, LLC, and grant Constellation Energy Services, Inc. leave to file a claim for attorneys' fees, expenses, and costs pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.3; and,

- C. Award such other and further relief as justice may require.

Dated: February 10, 2016                              Respectfully submitted,

/s/ Anand C. Mathew
One of the attorneys for Plaintiff
Constellation Energy Services, Inc.

Steven A. Weiss (sweiss@honigman.com)
Anand C. Matthew (amathew@honigman.com)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300

# **CERTIFICATE OF SERVICE**

I, Anand C. Mathew, an attorney, hereby state that I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system on February 10, 2016, which will automatically forward notice to all attorneys of record.

Additionally, I served a copy of the foregoing by e-mail and Federal Express to the following:

| | |
|---|---|
| *4220 Kildare, LLC* | *Attorney for 4220 Kildare, LLC* |
| Sam Mandarino | Ronald A. Stearney |
| Brennan Investment Group | Law Offices of Ronald A. Stearney |
| 9450 W. Bryn Mawr, Suite 750 | 211 West Wacker Dr. #1250 |
| Rosemont, IL 60018 | Chicago, IL 60606 |
| sam@brennanllc.com | ron@stearneylaw.com |